# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE, et al.,  )<br>  )<br>Defendants.  )<br> | Civil Action No. 19-2633 (BAH) |

## JOINT STATUS REPORT

Plaintiff, Democracy Forward Foundation, and defendants, U.S. Department of Health and Human Services ("HHS"), U.S. Department of the Interior ("DOI"), U.S. Department of Education ("ED"), and U.S. Department of Justice ("DOJ"), by and through undersigned counsel, submit this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case. The parties report as follows:

1. At issue are four nearly identical FOIA requests submitted to the defendant agencies. Each request seeks the following information from a specified agency office:

All records containing or documenting communications sent to or received by all staff, including officers, employees and contractors, in [specified agency office] with the following organizations and domains:

- Fox News or @foxnews.com
- Breitbart News Network or @breitbart.com
- CRTV.com or @crtv.com
- The Blaze or @theblaze.com
- NewsMax or @newsmaxtv.com
- Daily Caller or @dailycaller.com
- Daily Wire or @dailywire.com
- One America News or @oann.com
- Sinclair Broadcast Group or @sgbi.net

1

2. **HHS**: HHS has identified 10 current and 13 former Office of the Assistant Secretary for Public Affairs ("ASPA") employees likely to possess responsive records and has begun an electronic search of these 23 email accounts. HHS currently estimates that, due to its FOIA and other litigation-related domain search backlog and the scope of plaintiff's request, the searches and sorting of potentially responsive materials will take approximately three months to complete. This estimate is based predominately on the number of custodians to be searched, the lack of keywords, and the potential volume of records given the plaintiff's request for all communications between individuals whose primary function is communication with the press and 9 specified news organizations.

3. **DOI**: From DOI, DFF requested emails sent to or received by all staff in DOI's Office of the Secretary containing the specified terms. DOI's preliminary search using the "@ios.doi.gov" domain yielded over 14,000 emails comprising an estimated 200,000 pages. In light of these preliminary results, DOI intends to confer with DFF about realistic ways to limit the universe of responsive records.

4. **ED**: ED has completed its search and has located approximately 464 potentially responsive pages. It expects to complete its processing and release any responsive, non-exempt materials by December 31, 2019.

5. **DOJ**: : DOJ currently estimates that, due to its FOIA backlog and the scope of plaintiff's request, the search will take approximately seven months to complete. This estimate is based predominately on the number of custodians to be searched. Plaintiff's request seeks all communications between the Office of Public Affairs ("OPA") and the specified news organizations. Because a major, day-to-day function of OPA is to communicate with the press, the proposed search would encompass about 25 custodians, and this process would take

approximately seven months.  DOJ has proposed limiting the number of custodians in order to permit a quicker search, and the parties are conferring regarding that possibility.

The parties propose to file another status report by January 24, 2020, in which they will alert the Court to any disagreement requiring judicial resolution.  A proposed order is attached.

| | |
|---|---|
| Dated: November 26, 2019 | Respectfully submitted, |
| */s/ Aman George* <br> AMAN GEORGE, D.C. Bar No. 1028446 <br> JAVIER GUZMAN, D.C. Bar No. 462679 <br> Democracy Forward Foundation <br> 1333 H St. NW <br> Washington, DC 20005 <br> (202) 701-1783 <br> jguzman@democracyforward.org <br> ageorge@democracyforward.org <br><br> *Attorneys for Plaintiff* | JESSIE K. LIU, D.C. Bar No. 472845 <br> United States Attorney <br><br> DANIEL VAN HORN, D.C. Bar No. 92409 <br> Chief, Civil Division <br><br> */s/ Damon Taaffe* <br> DAMON TAAFFE, D.C. Bar No. 483874 <br> Assistant United States Attorney <br> 555 Fourth Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2544 <br> damon.taaffe@usdoj.gov <br><br> *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-2633 (BAH)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

In light of the parties' joint status report, it is ORDERED that the parties will file another status report by January 24, 2020, noting any disagreement that requires judicial resolution.

SO ORDERED.

_____     _____
Date                                             Beryl A. Howell
                                                        Chief Judge
                                                        U.S. District Court for the District of Columbia