# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 19-2633 (BAH) |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's March 24, 2020 Order, Plaintiff, Democracy Forward Foundation, and Defendants, U.S. Department of Health and Human Services ("HHS"), U.S. Department of the Interior ("DOI"), U.S. Department of Education ("ED"), and U.S. Department of Justice ("DOJ"), by and through undersigned counsel, submit this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case.  The parties report as follows:

1. At issue are four nearly identical FOIA requests submitted to the defendant agencies.  Each request seeks the following information from a specified agency office:

> All records containing or documenting communications sent to or received by all staff, including officers, employees and contractors, in [specified agency office] with the following organizations and domains:
>
> - Fox News or @foxnews.com
> - Breitbart News Network or @breitbart.com
> - CRTV.com or @crtv.com
> - The Blaze or @theblaze.com
> - NewsMax or @newsmaxtv.com
> - Daily Caller or @dailycaller.com
> - Daily Wire or @dailywire.com
> - One America News or @oann.com
> - Sinclair Broadcast Group or @sgbi.net

1. **HHS**: HHS provided a production to Plaintiff on April 30, 2020. For this production, HHS processed 1570 pages of potentially responsive records captured in the agency's search. Of these pages, HHS released 753 pages in their entirety and 817 pages in part, with portions redacted pursuant to Exemptions 6 of the FOIA, 5 U.S.C. §552 (b)(6). HHS is processing 1,500 pages for a release in June 2020.

2. **DOI**: On May 4, 2020 DOI reviewed 507 pages and released 228 pages as responsive. On May 21, 2020 DOI reviewed 550 pages and determined that zero pages were responsive.

3. **DOJ-OIP**[1]: OIP has issued three interim productions to date and plans to continue issuing interim productions around the end of each month going forward. As OIP continues to process Plaintiff's request and issue further interim productions, the parties may continue to confer regarding scope and OIP's progress.

4. **ED**: Plaintiff has dismissed Department of Education from this action.

The parties propose to file another status report by July 27, 2020. A proposed order is attached.

---

[1] Plaintiff's FOIA request is being processed by DOJ's Office of Information Policy ("OIP"), which processes requests on behalf of the Office of Public Affairs.

| | |
|---|---|
| Dated: May 26, 2020 | Respectfully submitted, |
| | |
| */s/ Aman George* | MICHAEL R. SHERWIN, |
| AMAN GEORGE, D.C. Bar No. 1028446 | Acting United States Attorney for the |
| Democracy Forward Foundation | District of Columbia |
| 1333 H St. NW | |
| Washington, DC 20005 | DANIEL VAN HORN, |
| (202) 701-1783 | D.C. Bar No. 924092 |
| ageorge@democracyforward.org | Chief, Civil Division |
| | |
| *Attorney for Plaintiff* | */s/ Brenda González Horowitz* |
| | BRENDA GONZÁLEZ HOROWITZ |
| | D.C. Bar No. 1017243 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2512 |
| | Brenda.Gonzalez.Horowitz@usdoj.gov |
| | |
| | *Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 19-2633 (BAH) ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) ) ) |
| Defendants. | ) ) |

## **[PROPOSED] ORDER**

In light of the parties' joint status report, it is ORDERED that the parties will file another status report by July 27, 2020.

SO ORDERED.

_____     _____
Date                                               Beryl A. Howell
                                                          Chief Judge
                                                          U.S. District Court for the District of Columbia